## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Regina Ware, : 
           Petitioner : 
            : 
       v. :      No. 1796 C.D. 2017
            : 
Unemployment Compensation : 
Board of Review, : 
          Respondent : 

# **O R D E R**

NOW, September 6, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge